UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 MAY 24  PM 4: 19

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.           ) | Docket No. |
| ) | 5:18-cr-61-1-2 |
| SAM BENT and DJENEBA BENT, ) | |
| Defendants.      ) | |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, hereby moves this Court to seal the Indictment, the Arrest Warrants, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of defendants, to protect the safety of the arresting officers and prevent the flight of the defendants.

WHEREFORE, the United States requests that the Court grant this motion to seal the Indictment, Arrest Warrant, this motion, any order granting this motion, and the docket sheet, until the arrest of defendants.

Dated at Burlington, in the District of Vermont, May 24, 2018.

Respectfully submitted,

UNITED STATES OF AMERICA
CHRISTINA E. NOLAN
United States Attorney

By:  _____
Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.Drescher@usdoj.gov