UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 MAY 24 PM 4: 19

CLERK

BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. |
| | ) | |
| SAM BENT and DJENEBA BENT, | ) | 5:18-cr-61-1-2 |
| Defendant. | ) | |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendants, it is hereby

ORDERED, that the Indictment, Arrest Warrants, Motion to Seal Indictment, this Order, and the docket sheet, are hereby sealed until the arrest of the defendants.

Dated at Burlington, in the District of Vermont, this 24th day of May, 2018.

HONORABLE JOHN M. CONROY
United States Magistrate Judge