# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

v.

Case No. 5:18cr61-2

Djeneba Bent

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington in the District of Vermont, on this 30th day of May, 2018.

JEFFREY S. EATON, Clerk
By: */s/Jeffrey J. Jarvis*
Deputy Clerk