AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 MAY 30 PM 1:20
CLERK
BY _____

| | |
|---|---|
| United States of America<br>v.<br><br>Djeneba Bent<br><br>*Defendant* | )<br>)  Case No.  5:18-cr-61-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Djeneba Bent                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  conspiracy to distribute cocaine, LSD, MDMA and marijuana; PWID schedule 1 controlled drugs; money laundering


Date:   05/24/2018                                              _____
                                                                                *Issuing officer's signature*

City and state:   Burlington, VT                            Lisa Wright, Deputy Clerk
                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/18 , and the person was arrested on *(date)* 5/30/18
at *(city and state)*   _____.

Date: 5/30/18                                                       _____
                                                                                *Arresting officer's signature*

                                                                        David A. Rice
                                                                                *Printed name and title*

HSI Arrest