UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff,    ) | |
|         v.    ) | |
|             ) | Case No. 5:18-CR-00061-02 |
| DJENEBA BENT,    ) | |
|     Defendant.    ) | |

NOTICE OF APPEARANCE

NOW COMES David L. McColgin who hereby enters his appearance for the Office of the Federal Public Defender by and on behalf of the above-named Defendant Djeneba Bent.

Dated:   June 6, 2018

                                  MICHAEL L. DESAUTELS
                                  Federal Public Defender


        By:   /s/ David L. McColgin
                     David L. McColgin
                     Assistant Federal Public Defender
                     Office of the Federal Public Defender
                     126 College Street, Suite 410
                     Burlington, VT 05401
                     802-862-6990
                     Counsel for Djeneba Bent

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        v. )<br>  ) Case No. 5:18-CR-00061-02<br>DJENEBA BENT, )<br>    Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2018, I electronically filed a **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Michael Drescher, Assistant United States Attorney, United States Attorney's Office via michael.drescher@usdoj.gov.

MICHAEL L. DESAUTELS
Federal Public Defender

By:   /s/ *Samantha Barrett*

Samantha Barrett
Legal Assistant
Office of the Federal Public Defender
126 College St., Ste. 410
Burlington, VT 05401