UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 AUG 31 PM 3:51

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:18-cr-61-01 and 02 |
| SAM BENT and DJENEBA BENT, | ) |
| Defendants. | ) |

## ORDER RE: DEFENDANT'S MOTION TO EXTEND MOTIONS FILING DEADLINE

Pursuant to 18 U.S.C. §3161(h)(1)(D), and defense counsel's need for additional time to obtain discovery from the government, the court finds that the ends of justice are best served by granting a sixty (60) day extension of the motions deadline. The Court further finds that such extension outweighs the best interests of the Defendants and the public in a speedy trial given. The Defendant does not object to the exclusion of time from the Speedy Trial Act period.

Accordingly, the Defendant's Motion to Extend Motions Filing Deadline is GRANTED and, pursuant to 18 U.S.C. §3161(h)(1)(D), it is FURTHER ORDERED that the period of delay resulting from the continuance shall be excludable in computing the time in which the trial in this cause must commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on September 5, 2018, and shall continue through November 5, 2018.

Dated at Burlington, in the District of Vermont, this 31st day of August, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court