UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 5:18-cr-61-01 and 02 |
| ) | |
| SAM BENT and DJENEBA BENT, ) | |
| ) | |
| Defendants. ) | |

### ORDER RE: DEFENDANT'S MOTION TO EXTEND FILING DEADLINE

Pursuant to 18 U.S.C. §3161(h)(1)(d), and defense counsel's need for additional time to obtain discovery from the government, the Court finds that the ends of justice are best served by granting a thirty (30) day extension of the pretrial motion deadline. The Court further finds that such extension outweighs the best interests of the Defendants and the public in a speedy trial given the Defense attorney needs additional time to obtain and review supplemental discovery to prepare and file motions. The Defendants do not object to the exclusion of time from the Speedy Trial Act period.

Accordingly, the Defendant's Motion to Extend Motions Filing Deadline is GRANTED and, pursuant to 18 U.S.C. §3161(h)(1)(d), it is FURTHER ORDERED that the period of delay resulting from the continuance shall be excludable in computing the time in which the trial in this cause must commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded, as directed above, shall commence on January 3, 2019 and shall continue through February 4, 2019.

Dated at Rutland, in the District of Vermont, this 7th day of January, 2019.

Geoffrey W. Crawford, Chief Judge
United States District Court

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2019 JAN -7 PM 4: 06
CLERK
BY
DEPUTY CLERK