UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        v. )<br>)<br>)<br>DJENEBA BENT, )<br>    Defendant. ) | Case No. 5:18-CR-00061-02 |

MOTION TO JOIN MOTION TO SUPPRESS EVIDENCE

Defendant Djeneba Bent, joins in the Motion to Suppress Physical Evidence and Statements (Doc. 22) which was filed on February 4, 2019, by Co-Defendant Sam Bent, to the extent arguments raised in Sam Bent's motion to suppress are applicable to Ms. Bent.

Dated:    February 7, 2019

                                        MICHAEL L. DESAUTELS
                                      Federal Public Defender


By:    */s/ David L. McColgin*
        David L. McColgin
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        126 College Street, Suite 410
        Burlington, VT 05401
        802-862-6990
        Counsel for Djeneba Bent

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    Plaintiff,    )<br>    v.    )<br>    )<br>    )<br>DJENEBA BENT,    )<br>    Defendant.    ) | Case No. 5:18-CR-00061-02 |

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2019, I electronically filed a **Motion to Join the Motion to Suppress Evidence** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Michael Drescher, Assistant United States Attorney, United States Attorney's Office via email at michael.drescher@usdoj.gov.

                                      MICHAEL L. DESAUTELS
                                      Federal Public Defender

By:    */s/ Samantha Barrett*
          Samantha Barrett
          Senior Legal Assistant
          Office of the Federal Public Defender
          126 College St., Ste. 410
          Burlington, VT 05401