UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | No. 5:18-cr-61-1-2 |
|  | ) |  |
| SAM BENT and | ) |  |
| DJENEBA BENT, | ) |  |
| Defendants. | ) |  |

**DEFENDANT'S MOTION TO SUPPRESS AND REQUEST FOR *FRANKS* HEARING: EXHIBIT INDEX**

| ATT. # | EX. # | DESCRIPTION |
|---|---|---|
| 3 | A | Picture of Envelope addressed to Sam Bent at P.O. Box 22 with return address KR Property C/Castano 79, 2 29651, Miajas Cost, Malaga, Espana (Bates #00000544). Seized and searched pursuant to 03/29/2018 Extended Border Search. |
| 4 | B | 5/14/2018 ROI No. NT13LR18NT00001-004: Information Received from the Orleans, VT Post Office (Bates #00000068-69). |
| 5 | C | 4/3/2017 Application for Search Warrant and Affidavit to search Six Parcels (Bates #00000218-235). |
| 6 | D | 5/14/2018 ROI No. NT13LR18NT001-006: Search of Abandoned Trash at 3585 Darling Hill Rd East Burk, VT (Bates #00000073-75). |
| 7 | E(1) | *Heroin: An Increasing National Threat*, Sirchie NARK NEWS, Volume 9 (June 2015). |
| 8 | E(2) | *Heroin ... Fentanyl -What do we have?*, Sirchie NARK NEWS, Volume 6 (August 2013). |
| 9 | E(3) | *Narcotics Investigation*, Sirchie Forensics (2017). |
| 10 | E(4) | Sirchie, *NARK II Narcotics Analysis Reagent Kit*, Operators Manual |
| 11 | E(5) | Sirchie Fentanyl Reagent product description and photographs. |
| 12 | F | Photograph of completed Special Opiates Reagent field test (Bates #001524, 001527-28). |

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013

| 13 | G | Photograph of two completed Fentanyl Reagents field tests (Bates #001525). |
| 14 | H | 4/9/2018 Search Warrant Application and Affidavit to search 4385 Darling Hill Road and Affidavit (Bates #00000247-260). |
| 15 | I | 4/17/2018 Search Warrant Application and Affidavit to search 90 parcels (Bates #00000081-166). |

DATED at Burlington, Vermont this 4th day of February, 2019.

Respectfully Submitted By,

SAM BENT
By Counsel

KAPLAN AND KAPLAN

By: /s/ Stephanie M. Greenlees
Stephanie M. Greenlees, Esq.
95 St. Paul Street, Suite 405
Burlington, Vermont 05401
(802) 651-0013
(802) 448-3478 (f)
sgreenlees@kaplanlawvt.com



KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013

2