NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                             Case No. 5:18-cr-61-01, 02

Sam Bent and Djeneba Bent

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Thursday, March 21, 2019 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion to Suppress Evidence and Motion for a Franks Hearing (Doc. 22) and Motion to Join Motion to Suppress (Doc. 24).

| | |
|---|---|
| Location: Main Courtroom | JEFFREY S. EATON, Clerk |
| | By: */s/ Pamela J. Lane* |
| | Deputy Clerk |
| | 3/4/2019 |

TO:

Michael P. Drescher, AUSA

Stephanie M. Greenlees, Esq.

David L. McColgin, AFPD

Anne Henry, Court Reporter