HUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 5:18-cr-61 |
| ) | |
| SAM BENT and DJENEBA BENT, ) | |
| Defendants. ) | |

**MOTION TO SEAL INTERVIEW TRANSCRIPT EXHIBITS**

The United States this day is filing an Opposition to Defendants' Motion to Suppress and for a Franks hearing. Two exhibits to that Opposition are transcripts of interviews with defendant Sam Bent. Because those transcripts reveal information that could shed light on investigative techniques and interests, and that also reveal information about Sam Bent that he may prefer to keep non-public, the United States moves for leave to file those exhibits under seal.

Respectfully submitted, this 5th day of March, 2019.

                                                    UNITED STATES OF
                                                    AMERICA

                                                    CHRISTINA NOLAN
                                                    United States Attorney
                        By:  /s/ *Michael P. Drescher*
                                                    Michael P. Drescher
                                                    Assistant U.S. Attorney
                                                    P.O. Box 570

                                        Burlington, VT 05402-0570
                                        (802) 951-6725
                                        Michael.Drescher@usdoj.gov