REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                  Case No. 5:18-cr-61-02

Djeneba Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 PM on Thursday, March 21, 2019 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a Change of Plea Hearing.

Location: Main Courtroom

PREVIOUSLY SET FOR A MOTION HEARING

JEFFREY S. EATON, Clerk

By: */s/ Pamela J. Lane*
Deputy Clerk
3/7/2019

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter