SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.　　　　　　　　　　　　　　　　Case No. 5:18-cr-61-02

Djeneba Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 AM on Friday, March 15, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a Change of Plea Hearing.

Location: Courtroom 110

PREVIOUSLY SCHEDULED:
3/21/2019 in Rutland

JEFFREY S. EATON, Clerk

By: */s/ Pamela J. Lane*
Deputy Clerk
3/12/2019

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter