SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                  Case No. 5:18-cr-61-01

Sam Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 PM on Thursday, March 21, 2019 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion to Suppress Evidence and Motion for a Franks Hearing (Doc. 22).

| | |
|---|---|
| Location: Main Courtroom | JEFFREY S. EATON, Clerk |
| PREVIOUSLY SCHEDULED AT 1:45 | By: */s/ Pamela J. Lane*<br>Deputy Clerk<br>3/12/2019 |

TO:

Michael P. Drescher, AUSA

Stephanie M. Greenlees, Esq.

Anne Henry, Court Reporter