NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                      Case No. 5:18-cr-61-02

Djeneba Bent

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Friday, July 19, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Courtroom 110                        JEFFREY S. EATON, Clerk

                                                        By: */s/ Pamela J. Lane*
                                                        Deputy Clerk
                                                        3/19/2019

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter