REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                        Case No. 5:18-cr-61-02

Djeneba Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 11:00 AM on Friday, July 12, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Courtroom 110                            JEFFREY S. EATON, Clerk

PREVIOUSLY SCHEDULED            By: *Pamela J. Lane*
7/19/2019 AT 1:30 PM                     Deputy Clerk
                                                              3/26/2019

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter