NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 5:18-cr-61-1

Sam Bent

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Monday, July 22, 2019 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Main Courtroom                              JEFFREY S. EATON, Clerk

By: *Pamela J. Lane*
Deputy Clerk
3/28/2019

TO:

Michael P. Drescher, AUSA

Stephanie M. Greenlees, Esq.

Anne Henry, Court Reporter