UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:18-cr-61-1 |
| ) | |
| SAM BENT ) | |
|     Defendant ) | |

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the forfeiture notice of the Indictment, the United States sought forfeiture of a money judgment of the Defendant pursuant to 21 U.S.C. § 853 upon conviction of an offense in violation of 21 U.S.C. § 846 as property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation;

AND WHEREAS, on March 21, 2019, Defendant Sam Bent pleaded guilty to Counts 1 and 7, 8 and 9 of the Indictment and consented in a Plea Agreement to the payment to the Government and forfeiture of a $14,000 money judgment;

AND WHEREAS, the United States has filed a Motion for Preliminary Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $14,000;

AND WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Sam Bent shall forfeit to the United States the sum of $14,000 pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the U.S. District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant before or at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Preliminary Order of Forfeiture to substitute property having a value not to exceed $14,000 to satisfy the money judgment in whole or in part.

Dated at Rutland, in the District of Vermont, this 1st day of April, 2019.

_____
Geoffrey W. Crawford, Chief Judge
U. S. District Court