SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                            Case No. 5:18-cr-61-2

Djeneba Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 PM on Friday, August 2, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Courtroom 110

PREVIOUSLY SCHEDULED
7/12/2019 AT 11:00 AM

JEFFREY S. EATON, Clerk

By: *Pamela J. Lane*
Deputy Clerk
7/3/2019

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter