REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                   Case No. 5:18-cr-61-1

Sam Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 10:30 AM on Friday, August 2, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Courtroom 110                            JEFFREY S. EATON, Clerk

PREVIOUSLY SCHEDULED:            By: *Pamela J. Lane*
7/22/2019 at 1:30 PM in Rutland          Deputy Clerk
                                                               7/3/2019

TO:

Michael P. Drescher, AUSA

Stephanie M. Greenlees, Esq.

Anne Henry, Court Reporter