Katelyn Bent



April 1st, 2020



Dear Honorable Judge Geoffrey W. Crawford

Re: Early Release; Home Confinement for Sam Bent RN: 12189-082

My name is Katelyn Bent. Sam Bent whom was sentenced five years to Federal Prisons wife. Sam Bent has non-violence charges and was going to get his points redone in early April to transfer to a Federal Camp.

I am writing you today to consider an early release for home confinement for Sam Bent. With this pandemic going on it makes us worry about Sam's health and safety even more so when there not a pandemic. Sam Bent has not been in trouble since self surrendering October 1st, 2019. He has been taking educational classes, reading and also trying to even get a degree while being in incarcerated.

We have a two-year old daughter, and my steson, Sam's son who is 8.

We, his family need him more than ever now. The concern due to Covid-19 is only getting worse, and he does not have the best immune system. I am not trying to disregard his mistakes, I am only trying aknowledge our new reality as of right now. Having to try to stomach the thought while there is a deadly virus going around in our country that my husband, the father to our children is in one of the most vulnerable spots while this is happening. Our two year old daughter has consistantly been asking for her daddy since I have been laid off and her daycare closing due to the Covid-19. Our children need and want their father during these scary times. As, I can imagine you could understand.

I can assure you, Sam Bent has taken complete understanding of his wrong doings.

I think he has shown this while being incarcerated for the past 7 months. He has grown so much in this time. I, his wife could not be any more proud of him. We (the children and I) need Sam Bent. He wants to do right by his family side, and be here for us during this pandemic.

I am asking again, to please consider him and our family during these rough times, and let him

be released to home confinement to secure his safety and well-being during this pandemic.

Thank you for your time and consideration.

Best Regards,

Katelyn Bent